JOHN H. GINAVEN, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Ginaven v. Commissioner
Docket No. 1796-73.
United States Tax Court
T.C. Memo 1974-119; 1974 Tax Ct. Memo LEXIS 198; 33 T.C.M. (CCH) 568; T.C.M. (RIA) 74119; May 9, 1974, Filed. *198 John H. Ginaven, pro se. Brian J. Seery, for the respondent. FORRESTER
MEMORANDUM OPINION FORRESTER, Judge: Respondent determined a deficiency in petitioner's Federal income tax for the taxable year 1971 in the amount of $1,686. Respondent filed a motion for judgment on the pleadings based on the ground that petitioner has failed to state a cause of action in his petition. In his petition filed herein, petitioner contested the entire deficiency determined by respondent on the basis that the foreign policy of the United States was contrary to the United States Constitution and international law, and violated his religious convictions. It is well settled that such objections furnish no basis for refusing to comply with our tax laws. Cf. (C.A. 9, 1969), certiorari denied, ; (C.A. 3, 1973), certiorari denied ; ; . Accordingly, respondent's motion for judgment on the pleadings will be granted, and
*199 Decision will be entered for the respondent.